# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JACOB ROBBINS, on behalf of himself and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | DOCKET NO. 4:17-cv-03562 |
| ) ) | |
| NDT GLOBAL, LLC ) ) | |
| Defendant. ) ) | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal. After due consideration it is ORDERED that this action is DISMISSED with prejudice. The Clerk of the Court shall administratively close this file and terminate any pending motions.

IT IS ORDERED, this ___19___ day of ___Feb___, 2019.

_____
HON. GRAY H. MILLER
UNITED STATES DISTRICT JUDGE